UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-7483-E | Date | August 10, 2026 |
| Title | TERRAN SPREWELL v. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

Plaintiff's "Motion for Remand, etc.," filed August 6, 2026, is denied without prejudice for failure to comply with Local Rule 7-3.

cc: All Counsel of Record

Initials of Deputy Clerk bm