UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-7483-E | Date | October 19, 2026 |
| Title | TERRAN SPREWELL v. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| | | |
|---|---|---|
| Bea Martinez | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| | |
|---|---|
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| None | None |

**Proceedings:** **(IN CHAMBERS)**

Plaintiff's "Motion for Remand, etc.," filed September 10, 2026, is denied. Neither an unserved defendant's failure to join in removal nor the presence of state law claims in addition to federal law claims furnishes any basis for remanding a removed action. See Destfino v. Reiswig, 630 F.3d 952, 957 (9th Cir. 2011); Salveson v. Western States Bankcard Ass'n, 731 F.2d 1423, 1429 (9th Cir. 1984); 28 U.S.C. § 1441(a) and (c).

cc: All Counsel of Record

Initials of Deputy Clerk bm